**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 212 East 72nd Street LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 6 – 1 7 7 6 0 0 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 212 East 72nd Street | |
| Number    Street | Number    Street |
| | P.O. Box |
| New York       NY       10021 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Manhattan | |
| County | Number    Street |
| | |
| | City        State    ZIP Code |

5. **Debtor's website** (URL) _____

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  **212 East 72nd Street LLC**
_____ Name

Case number (if known) _____

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 2

Debtor __212 East 72nd Street LLC__  
Name

Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No  
   ☐ Yes. District _____ When __/__/____ Case number _____  
   District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No  
    ☐ Yes. Debtor _____ Relationship _____  
    District _____ When __/__/____  
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No  
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____  
    Number  Street

    _____  
    City                                   State ZIP Code

    **Is the property insured?**  
    ☐ No  
    ☐ Yes. Insurance agency _____  
    Contact name _____  
    Phone _____

---

**Statistical and administrative information**

---

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 3

Debtor  **212 East 72nd Street LLC**  Case number (if known) _____
　　　　　Name

| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |||
|---|---|---|---|
| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3    22    2022**
　　　　　　　　MM / DD / YYYY

✗ _/s/ Evanthia Koustis_　　　　　　　　　　**Evanthia Koustis**
　Signature of authorized representative of debtor　　Printed name

　Title  **Member**

| Debtor | 212 East 72nd Street Realty LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**   X _/s/ Leo Fox_   Date  3 / 22 / 2022
Signature of attorney for debtor                              MM / DD / YYYY

Leo Fox, Esq.
Printed name

Firm name
630 Third Avenue - 18th Floor
Number    Street

New York                                   NY          10018
City                                       State       ZIP Code

212-867-9595                               leo@leofoxlaw.com
Contact phone                              Email address

#1422476                                   NY
Bar number                                 State

## CORPORATE RESOLUTION

The undersigned, Evanthia Koustis, is the authorized Member of 212 East 72nd Street LLC (the "Company") and is authorized to make this certification. The undersigned certifies that on the date noted below, a Special Meeting of the Company was regularly and duly held at 630 Third Avenue, 18th Floor, New York, New York 10017.

At said Meeting, a resolution was passed, as follows:

**RESOLVED**, that the Manager be and he hereby is individually authorized and directed to file on behalf of the Company an application under Chapter 11 of the Bankruptcy Code and to take all steps necessary and proper for the filing of said application, including the retention of Leo Fox, Esq. located at 630 Third Avenue, 18th Floor, New York, NY 10017, as attorney for that purpose.

Dated:     New York, New York
           March 22, 2022

_Evanthia Koustis_
Evanthia Koustis
Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:                                                                                      Case No.:
                                                                                                    Chapter 11
212 EAST 72ND STREET LLC,

                                            Debtor.
-------------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007

STATE OF NEW YORK        )
                                                  ss.:
COUNTY OF NEW YORK   )

*EVANTHIA KOUSTIS* declares under penalty of perjury:

1.   I, Evanthia Koustis, am the Managing Member and sole equity holder of the above Debtor a New York limited liability company located at 212 East 72nd Street (the "Real Property").

2.   This affidavit is submitted by the Debtor-in-Possession, pursuant to the Local Rules of this Court, in connection with filing of a Chapter 11 case by the above Debtor.

3.   The Debtor is not a small business debtor within the meaning of the Bankruptcy Code.

4.   The Debtor is in the business of owning and operating certain real estate located at 212 East 72nd Street, New York, New York, a Townhome consisting of 4 ½ floors, 5,700 square feet and valuable air rights.

5.   Expected receipts and disbursements for the next 30 days is attached as *Exhibit A* summary of the debtor's assets and liabilities are attached as *Exhibit B*.

6.   The events leading up to this Chapter 11 filing arise from the following.  In 2014, the Debtor's family refinanced another building and the Debtor's Townhouse was used as cross collateralization with Doral Bank (the "Principal Property").  I purchased the Real Property in

1992, in my name, and have resided there until the present. On or about 2016, Banco Popular ("Banco Popular"), the Mortgage Broker, sold off the Mortgage Notes which were assigned to Madison Realty Capital LLC ("Madison Realty"). Madison Realty proceeded to foreclose on the principal property on the mortgage for $5,00,000 in March 2022. The Debtor contends the value of such property was $12,000,000. After the foreclosure on the other property representing collateral for the Loan, Madison Realty continued the foreclosure on this property contending that the loan balance was approximately $9,000,000.

7. The Debtor recently entered into a two (2) year loan with David Eliot, an art dealer, located in France and the United States under which the Tenant is leasing the Real Property for $62,000 per month. This will generate $600,000 per year net after expenses and real estate taxes to be paid to the Mortgagee.

8. Any of the Debtor's books and records are being maintained at 341 East 76th Street, New York, New York 10021.

9. The Debtor's principal never received any payments or compensation from the Debtor.

10. The Debtor believes that it will be able propose a viable and confirmable Plan of Reorganization, to deal with the creditors by either a refinance or sale.

Duly declared under penalty of perjury:
March 22, 2020

_Evanthia Koustis_
Name: Evanthia Koustis
Title:  Member

## EXHIBIT A

**Income 30 days**

| Income-Receipts | Income |
|---|---|
| Net Expected Monthly Receipts | |
| Total | $62,000 |

**Expenses 30 days**

| Expenses | Amount |
|---|---|
| Con Ed | $1,200 |
| Water & Sewer | $220 |
| Maintenance | $1,500 |
| Insurance | $1,200 |
| Real Estate Taxes | $8,500 |
| TOTAL | $12,620 |

# EXHIBIT B

## ASSETS AND LIABILITIES

### ASSETS

| | |
|---|---|
| Real Property<br><br>212 East 72nd Street<br>New York, New York | Undetermined<br>In excess of the Mortgage Debt |

### LIABILITIES

| | |
|---|---|
| Secured Debt | Approximately $9,000,000<br>(Disputed) |
| Real Estate Taxes | $1,000,000 |
| Unsecured Claims | $25,000 |