BRONSTER, LLP
156 West 56th Street
New York, New York 10019
Tel: (347) 246-4644
Attorneys Appearing: Michael H. Resnikoff (mresnikoff@bronsterllp.com)

NYCTL 2019-A Trust and the Bank of New York Mellon, as Collateral Agent and Custodian

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re

*212 EAST 72ND STREET LLC*

Chapter 11
Case No. 22-10351-lgb

*Debtor.*
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that:

1. Under Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1) and 1109(b), the undersigned attorney appears for NYCTL 2019-A Trust and the Bank of New York Mellon, as Collateral Agent and Custodian, parties in interest, and requests that all notices given or required to be given in this case and all related cases, and all papers served or required to be served in this case and all related cases, be given to and served upon:

Michael H. Resnikoff, Esq.
BRONSTER, LLP
156 West 56th Street, Suite 902
New York, New York 10019
Tel: (347) 246-4644
Fax: (347) 246-4893
Email: mresnikoff@bronsterllp.com

2. The foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code

sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, electronically, or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

3. Neither this Notice of Appearance nor any later appearing, pleading, claim or suit shall waive the above-named entity's right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: New York, New York
      March 28, 2022

                              BRONSTER, LLP

                              By:        /s/ Michael H. Resnikoff
                              Michael H. Resnikoff, Esq.
                              156 West 56th Street
                              New York, New York 10019
                              Telephone (347) 246-4644
                              Facsimile (347)-246-4893

YB

                              NYCTL 2019-A Trust and the Bank of New York
                              Mellon, as Collateral Agent and Custodian

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

*212 EAST 72ND STREET LLC*

                    *Debtor.*

-----------------------------------------------------------------x

Chapter 11
Case No. 22-10351-lgb

**AFFIDAVIT OF SERVICE**

On March 29, 2022, deponent served upon each of the persons on the attached service list a true copy of the foregoing Notice of Appearance by proceeding by regular first-class mail by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the persons indicated below.

In addition, by filing the foregoing Notice of Appearance on the docket for this case through the Court's Electronic Case Filing system ("ECF"), those parties designated to receive electronic notice of events in this case through ECF received notice of the filing hereof in accordance with General Order No, 559 of the United States Bankruptcy Court for the Eastern District of New York and Federal Rule of Bankruptcy Procedure 9036.

Dated: New York, New York
        March 29, 2022

                                                        Rachel Simon

Sworn to before me on the
29th day of March 2022

_____
Notary Public

ERENA SOBINOVA IMBURGIO
Notary Public-State of New York
No. 01SO6376836
Qualified in Suffolk County
Commission Expires 06/18/2022

# SERVICE LIST

212 East 72nd Street LLC
212 East 72nd Street
New York, NY 10021

Leo Fox, Esq.
*Attorney for Debtor*
630 Third Avenue, 18th Floor
New York, NY 10017

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014